# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3048

_____

VYRUSS HAYES,

    Appellant,

    v.

DIGESTIVE DISEASE ASSOCIATES
OF NORTH FLORIDA, INC., A
Florida Corporation, and GABU
BHARDWAJ, M.D., individually,
and RENATA WAJSMAN, M.D.,
individually, and NORTH
FLORIDA REGIONAL MEDICAL
CENTER, INC., A Florida
Corporation,

    Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

September 28, 2018

PER CURIAM.

    AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

N. Albert Bacharach, Jr., N. Albert Bacharach, Jr., P.A., Gainesville, for Appellant.

Jenifer S. Worley and William T. Stone of Saalfield Shad, P.A., Jacksonville, for Appellee North Florida Regional Medical Center, Inc..

Jamie L. White and John D. Jopling of Dell Salter, P.A., Gainesville, for Appellees Digestive Disease Associates of North Florida, Inc, Gabu Bhardwaj, M.D., and Renata Wajsman, M.D..